THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH MORRIS, Appellant.— Order unanimously affirmed. (See *People* v. *Kling*, 19 A D 2d 750, affd. 14 N Y 2d 571.) (Appeal from order of Erie County Court denying, following a hearing, motion to vacate a judgment of conviction

740

for robbery, second degree, rendered December 27, 1957.) Present — Bastow, J. P., Goldman, Henry, Noonan and Del Vecchio, JJ.